UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION
CASE NO.14-14014-CR-MIDDLEBROOKS(GRAHAM)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

RONY MAURIVAL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Maynard on June 18, 2018 and later reassigned to Magistrate William Matthewman after her recusal. A Report and Recommendation was filed on August 31, 2018 recommending payment in the amount of $17,892.11 as to voucher number 113C0052579. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge William Matthewman is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of September, 2018.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Maynard
		Robert Stickney, Esq.